JOHN F.  GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
LENELE MARIA NUNEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LENELE MARIA NUNEZ,<br><br>        Defendant**.** | Case No. 1:15-CR-00046 LJO-SKO<br><br>**WAIVER OF APPEARANCE<br>AND  ORDER THEREON**<br><br>**DATE:  August  17, 2015<br>TIME:  1:00 p.m.<br>Courtroom Seven**<br><br>**HONORABLE  SHEILA K. OBERTO** |

        Defendant, LENELE MARIA NUNEZ, hereby waives her right to be present in person

in open court upon the hearing presently set for August 17, 2015 at 1:00 p.m. in Courtroom

Seven of the above entitled court. Defendant hereby requests the court to proceed in her

absence and agrees that her interests will be deemed represented at said hearing the the

presence of her attorney, John F. Garland. Defendant further agrees to be present in court at all

future hearing dates to be set by the court including the date set for jury trial.

Dated:  July 16 , 2015                       __/s/ Lenele Maria Nunez
                                                          LENELE MARIA NUNEZ

1

**ORDER**

2

3        Good cause appearing,

4        IT IS HEREBY ORDERED that defendant LENELE MARIA NUNEZ is hereby

5 excused from appearing at the court hearing scheduled for August 17, 2015 at 1:00 p.m.

6

7

8 IT IS SO ORDERED.

9     Dated:   **July 21, 2015**                    _____**/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28