JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
LENELE MARIA NUNEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00046 LJO-SKO |
| Plaintiff, | **WAIVER OF APPEARANCE AND  ORDER THEREON** |
| v. | DATE:  November 2, 2015 |
| LENELE MARIA NUNEZ, | TIME:  1:00 p.m. |
| Defendant. | Courtroom Seven |
| | **HONORABLE  SHEILA K. OBERTO** |

Defendant, LENELE MARIA NUNEZ, hereby waives her right to be present in person in open court upon the hearing presently set for November 2, 2015 at 1:00 p.m. in Courtroom Seven of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing the the presence of her attorney, John F. Garland. Defendant further agrees to be present in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated:  October 20, 2015                                /s/ Lenele Maria Nunez
                                                         LENELE MARIA NUNEZ

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant LENELE MARIA NUNEZ is hereby excused from appearing at the court hearing scheduled for November 2, 2015 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **October 21, 2015**                              **/s/ Sheila K. Oberto**
                                                                              UNITED STATES MAGISTRATE JUDGE