JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
LENELE MARIA NUNEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LENELE MARIA NUNEZ,<br><br>Defendant. | Case No. 1:15-CR-00046 LJO-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND  ORDER THEREON**<br><br>DATE:  February 13, 2017<br>TIME:  9:30 a.m.<br>Courtroom Four<br><br>**Honorable  Lawrence  J. O'Neill** |

Defendant, LENELE MARIA NUNEZ, by and through her counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, Acting United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from December 19, 2016 to **February 13**, **2017** at **9:30 a.m.** This continuance is necessary because the defendant is scheduled to undergo major surgery on November 10, 2016 and her physician has advised her that the normal recovery period following the surgery is eight weeks. This continuance will also provide the United States Probation Office additional time to complete the Presentence Investigation Report and include the defendant's most current health condition and medical treatment needs, which are relevant factors to be considered by the Court in determining a reasonable sentence.

1

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

>Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated: November 7, 2016           /s/ John F. Garland
                                  John F. Garland
                                  Attorney for Defendant
                                  LENELE MARIA NUNEZ

Dated: November 7, 2016           Phillip A. Talbert
                                  Acting United States Attorney

                                  /s/ Kathleen A. Servatius
                              By: Kathleen A. Servatius
                                  Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant LENELE MARIA NUNEZ is continued to February 13, 2017 at 9:30 a.m.

IT IS SO ORDERED.

   Dated:  **November 7, 2016**           /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE