JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
LENELE MARIA NUNEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00046 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON** |
| v. | |
| LENELE MARIA NUNEZ, | DATE: August 28, 2017<br>TIME: 9:30 a.m.<br>Courtroom Four |
| Defendant. | |
| | **Honorable Lawrence J. O'Neill** |

Defendant, LENELE MARIA NUNEZ, by and through her counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, Acting United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from February 13, 2017 to **August 28, 2017** at **9:30 a.m.** This continuance is necessary because the defendant had major surgery on November 10, 2016 and her physician has determined that she needs chemotherapy treatments which will be administered over the next six months (mid January through mid July). This continuance will also allow the defendant and the United States Probation Office to include the defendant's most current health condition and medical treatment needs in the Presentence Investigation Report,

which are relevant factors to be considered by the Court in determining a reasonable sentence. United States Probation Officer Ross Micheli has no objection to the requested continuance.

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

> Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated: January 13, 2017                     /s/ John F. Garland
                                            John F. Garland
                                            Attorney for Defendant
                                            LENELE MARIA NUNEZ

Dated: January 13, 2017                     Phillip A. Talbert
                                            United States Attorney

                                            /s/ Kathleen A. Servatius
                                       By:  Kathleen A. Servatius
                                            Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant LENELE MARIA NUNEZ is continued to August 28, 2017 at 9:30 a.m.

IT IS SO ORDERED.

  Dated:  **January 17, 2017**            /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE