JOHN F. GARLAND #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
LENELE MARIA NUNEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LENELE MARIA NUNEZ,<br><br>Defendant. | Case No. 1:15-CR-00046 LJO-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**<br><br>**DATE: March 26, 2018**<br>**TIME: 9:30 a.m.**<br>**Courtroom Four**<br><br>**Honorable Lawrence J. O'Neill** |

Defendant, LENELE MARIA NUNEZ, by and through her counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from September 11, 2017 to **March 26**, **2018** at **9:30 a.m.** This continuance is necessary for the following reasons:

(1) The defendant had major surgery on November 10, 2016 to remove a cancerous tumor and her physician had determined that she needed chemotherapy treatments to be administered for six months (mid-January through mid-July).

(2) In May 2017 the defendant was not responding to the chemotherapy treatments and her physician discovered that a new tumor had developed and the cancer was very aggressive.

(3) The defendant's physician referred her to Stanford University Medical Center where the physicians confirmed that the cancer was very aggressive and had advanced to stage four. The Stanford medical team scheduled the defendant for surgery on August 2, 2017. On July 31, 2017 the defendant's August 2nd surgery was cancelled because the Stanford medical team determined that radiation treatment was necessary in order to shrink the tumor and reduce the possibility that the cancer would spread throughout the defendant's body.

(4) To date the defendant has received seven radiation treatments and one week of 24/7 chemotherapy treatments. The radiation treatments will be completed in four weeks and surgery will be scheduled thereafter, with a target surgery date in mid-October.

(5) The Stanford team has informed the defendant that the recovery period after the surgery is 12 to 16 weeks, to be followed with more chemotherapy treatment. The length of the post-surgery chemotherapy treatment is dependent on the success of the surgery and the success of the pre-surgery radiation and chemotherapy treatments. Counsel's calculation of the time necessary for the defendant to complete all of the anticipated treatment takes the date for the continued sentencing hearing to March 2018. The parties have agreed to continue the defendant's sentencing hearing to **March 26**, **2018**.

(6) This continuance will also allow the defendant and the United States Probation Office to include the defendant's most current health condition and medical treatment needs in the Presentence Investigation Report, which are relevant factors to be considered by the Court in determining a reasonable sentence. United States Probation Officer Ross Micheli has no objection to the requested continuance.

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated: August 21, 2017 /s/ John F. Garland
John F. Garland
Attorney for Defendant
LENELE MARIA NUNEZ

Dated: August 21, 2017 Phillip A. Talbert
United States Attorney

/s/ Kathleen A. Servatius
By: Kathleen A. Servatius
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant LENELE MARIA NUNEZ is continued to March 26, 2018 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 22, 2017** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE