JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
LENELE MARIA NUNEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LENELE MARIA NUNEZ,<br><br>Defendant**.** | Case No. 1:15-CR-00046 LJO-SKO<br><br>**STIPULATION TO TERMINATE PRETRIAL SUPERVISION AND  ORDER THEREON** |

Defendant, LENELE MARIA NUNEZ, by and through her counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate that the defendant be terminated from Pretrial Supervision and the defendant's pretrial release is subject to the following conditions:

(1)    The defendant shall not violate federal, state or local laws while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)     The defendant must advise the court in writing before making any change of residence or telephone number.

1

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

Pretrial Services Officer Elizabeth Gutierrez agrees to the termination of Pretrial Supervision and the above modification of pretrial release conditions.

Dated: September 5, 2017 /s/ John F. Garland
John F. Garland
Attorney for Defendant
LENELE MARIA NUNEZ

Dated: September 5, 2017 Phillip A. Talbert
United States Attorney

/s/ Kathleen A. Servatius
By: Kathleen A. Servatius
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that Pretrial Supervision of defendant LENELE MARIA NUNEZ is terminated and the defendant is subject to the pretrial release conditions set for above,

IT IS SO ORDERED.

Dated: **September 6, 2017** /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE