```
JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721


Telephone:  (559) 497-6132

Attorney for Defendant,
LENELE MARIA NUNEZ
```

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>LENELE MARIA NUNEZ,<br><br>　　　Defendant. | Case No. 1:15-CR-00046 LJO-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND  ORDER THEREON**<br><br>**DATE: September 16, 2019**<br>**TIME:  9:30 a.m.**<br>**Courtroom Four**<br><br>**Honorable  Lawrence  J. O'Neill** |

　　Defendant, LENELE MARIA NUNEZ, by and through her counsel, John F. Garland and the United States of America, by and through its counsel, McGregor W. Scott, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from June 10, 2019 to **September 16, 2019 at 9:30 a.m.** This continuance is necessary for the following reasons:

(1) The defendant had major surgery on November 10, 2016 to remove a cancerous tumor and her physician had determined that she needed chemotherapy treatments to be administered for six months (mid-January through mid-July).

1

(2) In May 2017 the defendant was not responding to the chemotherapy treatments and her physician discovered that a new tumor had developed and the cancer was very aggressive.

(3) The defendant's physician referred her to Stanford University Medical Center where the physicians confirmed that the cancer was very aggressive and had advanced to stage four. The Stanford medical team scheduled the defendant for surgery on August 2, 2017. On July 31, 2017 the defendant's August 2nd surgery was cancelled because the Stanford medical team determined that radiation treatment was necessary in order to shrink the tumor and reduce the possibility that the cancer would spread throughout the defendant's body.

(4) The defendant completed the radiation treatments in September 2017 but the treatments were not successful in shrinking the new tumor. The radiation treatments caused the defendant severe pain and discomfort resulting in hospitalization and a pulmonary embolism was discovered. The defendant is currently being treated with blood thinners and undergoing immunotherapy to combat the cancer and shrink the tumor. The defendant underwent immunotherapy treatments (treatment every three weeks) for five months which treatments proved to be successful in shrinking the tumor.

(5) On August 3, 2018 the doctors discovered the defendant was nine weeks pregnant and the immunotherapy treatment was placed on hold due to the risks to the defendant and the fetus. The Stanford medical team has advised the defendant that the immunotherapy should resume approximately four to six weeks after the baby is delivered and subject to the defendant's health condition at that time.

(6) The defendant's baby was delivered one month early on February 13, 2019 by emergency cesarean section due to the defendant's health issues. The baby is now doing well and defendant is still recovering. The defendant has been going to appointments with her primary care physician,

her oncologist and the Stanford medical team. Testing and scans have been completed and a treatment plan is being formulated. The defendant's mediport is no longer functioning and needs to be replaced by outpatient surgery. The surgery has not yet been scheduled. The defendant has a colonoscopy scheduled on May 23, 2019 and an endometrial biopsy is scheduled on May 29, 2019. After the above procedures are completed the oncology team plans to commence another 9 to 12 months on immunotherapy. The recommended length of the treatment is 18 to 24 months and the defendant had completed 8 months prior to discontinuing treatment due to her pregnancy. In light of the foregoing, the parties have agreed to continue the defendant's sentencing hearing to **August 26**, **2019**.

(7) This continuance will also allow the defendant and the United States Probation Office to include the defendant's most current health condition and medical treatment needs in the Presentence Investigation Report, which are relevant factors to be considered by the Court in determining a reasonable sentence. United States Probation Officer Breanna Flores has no objection to the requested continuance.

    The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

> Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated: May 21, 2019                              /s/ John F. Garland
                                                             John F. Garland
                                                           Attorney for Defendant
                                                           LENELE MARIA NUNEZ

Dated: May 21, 2019

McGregor W. Scott
United States Attorney

/s/ Kathleen A. Servatius
By: Kathleen A. Servatius
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant LENELE MARIA NUNEZ is continued to September 16, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **May 21, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE